Dismissed and Memorandum Opinion filed January 25, 2007








Dismissed
and Memorandum Opinion filed January 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00035-CR

____________

 

LAVERA GREEN ,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
230th District Court

Harris County, Texas

Trial Court Cause No. 1005183

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to the offense of murder.  In accordance with the terms
of a plea bargain agreement with the State, the trial court sentenced appellant
on September 27, 2006, to confinement for twenty-five years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal on January 2, 2007.  We dismiss the appeal.  








A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice
of appeal which complies with the requirements of Rule 26 is essential to vest
the court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d
208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the appeal. 
Under those circumstances it can take no action other than to dismiss the
appeal.  Id.

Furthermore,
the trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed January
25, 2006.

Panel consists of Justices Yates, Anderson, and
Hudson.

Do Not Publish C Tex. R. App. P.
47.2(b)